ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Vivian E. Wilson,

Plaintiff(s),

v.

Integrated Medical Systems, Inc. et al ,

Defendant(s).

Case No. 14-cv-5726
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Integrated Medical Systems, Inc. , Integrated Medical Systems International, Inc, University of Illinois Hospital and Health Sciences System
and against plaintiff(s) Vivian E. Wilson
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for summary judgment.

Date: 9/12/2016

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk